IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20409
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

BRIAN KEITH BABIN,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-92-CR-156-1
- - - - - - - - - -
March 28, 1997

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Brian Keith Babin, #59963-079, appeals the district court's
summary denial of his motion to vacate, set aside or correct
sentence pursuant to 28 U.S.C. § 2255.  Babin's claims that the
court lacked jurisdiction over his drug-trafficking offenses
because such offenses did not affect interstate commerce is
without merit.  United States v. Owens, 996 F.2d 59, 61 (5th Cir.
1993).  His counsel was thus not ineffective in failing to
challenge jurisdiction or in failing to request a special jury

        [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

instruction regarding jurisdiction.  Babin's Double Jeopardy Clause argument fails both under Fifth Circuit precedent, <u>United States v. Arreola-Ramos</u>, 60 F.3d 188, 192 (5th Cir. 1995) and under the intervening case of <u>United States v. Ursery</u>, 116 S. Ct. 2135, 2147-49 (1996).

AFFIRMED.